**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KYLE KEMERER | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | *   CASE NO.: 2:23-cv-22587 |
| | * |
| FIRST RESPONDER | * |
| SECURITY SERVICES, LLC, ET AL. | * |
| | * |
| DEFENDANTS. | * |
| _____ | / |

**ORDER OF JUDGMENT BY DEFAULT**

This Court, having considered the Motion for Judgment by Default filed by Plaintiff Kyle Kemerer, any opposition thereto, and finding good cause for the same, does ORDER that Judgment by Default is hereby entered in favor of Plaintiff Kyle Kemerer and against Defendants First Responder Security Services, LLC, IPC Newark, LLC, and Omar Nieves, jointly and severally, as follows:

1. Judgment for an award of unpaid wages and statutory liquidated damages in the amount of in the amount of __$7,222.50_____; plus

2. Judgment for an award of attorney's fees and costs in the amount of _ $10,432.00_____.

SO ORDERED.

January 23, 2025_____           _____
DATE                            JUDGE, UNITED STATES DISTRICT COURT
                                FOR THE DISTRICT OF NEW JERSEY